UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:                                                ) Chapter 7
                                                      )
TRACY L. CARLSON,                                     ) Case No. 08 B 04710
                                                      )
       *Debtor(s).*                                      ) Judge Manuel Barbosa

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

   On: **October 23, 2008**                          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   Receipts                                $5,534.28

   Disbursements                           $0.00

   Net Cash Available for Distribution     $5,534.28

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $1,303.43 | $4.68 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $1,200.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $11,524.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 26.257%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Target National Bank | $6,666.93 | $1,750.57 |
| 2. | Chase Bank USA | $3,185.19 | $836.35 |
| 3. | LVNV Funding LLC | $1,672.87 | $439.25 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **September 23, 2008**                                                                 For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee: Charles J. Myler, ARDC#2008602
Address: 105 E. Galena Blvd., 8th Floor
         Aurora, IL 60505
Phone:   630-897-8475
Fax:     630-897-8076

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Sep 26, 2008
Case: 08-04710                 Form ID: pdf002             Total Served: 15

The following entities were served by first class mail on Sep 28, 2008.
db           +Tracy L Carlson,    101 Acorn Dr,   North Aurora, IL 60542-1009
aty          +Jason R Allen,    Legal Helpers,   20 West Kinzie,    Suite 1300,    Chicago, IL 60654-5817
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
11992839     +Bank of America,    Po Box 26012,   Nc4-105-03-14,    Greensboro, NC 27420-6012
12155185     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11992840     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
11992841     +Gemb/banana Rep,    Po Box 103104,   Rozwell, GA 30076-9104
11992842     +Hsbc/carsn,    Po Box 15521,   Wilmington, DE 19850-5521
11992843     +Nextcard Inc,    Pob 922968,   Norcross, GA 30010-2968
12101637     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11992844     +Target,    Po Box 1327,   Mail Stop 3CK,    Minneapolis, MN 55440-1327
11992845     +Washington Mutual / Providian,    Attn: Bankruptcy Dept,    Po Box 10467,
               Greenville, SC 29603-0467
11992846     +Wells Fargo,    Po Box 7648,   Boise, ID 83707-1648

The following entities were served by electronic transmission on Sep 27, 2008.
12206403      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**              **Signature:**    _Joseph Speetjens_